The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALEXANDRA KETCHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>CORELLE BRANDS LLC dba WASHINGTON KITCHEN, LLC,<br><br>    Defendant. | Civil Action No. 2:20-cv-0777-JLR<br><br>**ORDER DISMISSING ACTION** |

    Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. Plaintiff is represented by Stephen Hornbuckle and Jacey Liu of The Hornbuckle Firm. Defendant is represented by John Griffin, George Hampton of Hall Griffin LLP and James Fick of Schlemlein Fick & Franklin, PLLC.

    The parties agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

//
//
//
//
//
//
//

**ORDER DISMISSING ACTION** - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation of Dismissal With Prejudice, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned case is **DISMISSED** with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

DATED this 20th day of May, 2022

JAMES L. ROBART
United States District Judge

**ORDER DISMISSING ACTION** - 2